No. 652. KJAR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N.*

*Slack, Helen Goodner* and *Homer R. Miller* for the United States. 

